IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOHNNIE BROPHY,)
)
       Plaintiff,)
) Civil No. 07-128-TC
v.)
) ORDER
MICHAEL J. ASTRUE, Commissioner)
of Social Security,)
)
       Defendant.)
)

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on March 24, 2008. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. The Commissioner's motion for remand (#13) is denied. The Commissioner's decision is reversed and remanded pursuant to sentence four of 42 U.S.C. §405(g) for calculation and award of benefits consistent with the court's findings and recommendation.

DATED this _____ day of April, 2008.

_____
United States District Judge

2   - ORDER