# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

JOHNNIE BROPHY,

                Plaintiff(s),

v.                                                                    Civil No. 07-128-TC

COMMISSIONER, SOCIAL
  SECURITY ADMINISTRATION,

                Defendant(s).

## JUDGMENT

Pursuant to Sentence Four of 42 USC 405(g), the decision of Defendant Commissioner is reversed and remanded for calculation and award of benefits consistent with the Court's findings and recommendation.

Dated: April 7, 2008.

                _____
                Michael R. Hogan
                United States District Judge

**JUDGMENT**